982 A.2d 1219

**Timothy DIEHL, Petitioner**

**v.**

**WORKERS' COMPENSATION APPEAL BOARD
(IA CONSTRUCTION and Liberty Mutual
Insurance), Respondents.**

Supreme Court of Pennsylvania.

Oct. 20, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of October 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue rephrased for clarity, is:

Whether the Commonwealth Court erred in its interpretation of 77 P.S. § 551.2 by holding that respondents did not need to present evidence of job availability or earning power in order to change petitioner's disability status from total to partial, and whether the court's holding conflicts with *Gardner v. WCAB (Genesis Health Ventures)*, 585 Pa.366, 888 A.2d 758 (2005).